**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| THOMAS PARISI on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES, INC., THE EMPLOYEE BENEFITS COMMITTEE and JOHN/JANE DOES 1-5, <br><br> Defendants. | Case No. 1:24-cv-09271 <br><br> Hon. Judge Sunil R. Harjani |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants American Airlines, Inc. ("American") and the Employee Benefits Committee ("Defendants"), by and through their undersigned counsel, respectfully move this Court to dismiss Plaintiff's Complaint for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons set forth in the accompanying Memorandum of Law, which Defendants incorporate herein, the Complaint does not state any plausible violation of the Employee Retirement Income Security Act ("ERISA").

Plaintiff's primary claim is that 29 U.S.C. § 1055 required Defendants to disregard the actuarial assumptions specified in the written terms of four defined benefit pension plans sponsored by American Airlines (the "Plans"), and instead use other, "reasonable" assumptions to calculate qualified joint and survivor annuity benefits. But § 1055 does not mandate using "reasonable" assumptions—despite that Congress *specifically* added a similar requirement for other purposes and in other provisions of ERISA. The Complaint also does not allege the value of Plaintiff's "accrued benefit" within the meaning of ERISA and, therefore, has not alleged

1

(plausibly or otherwise) that his benefits are anything less than the actuarial equivalent of his "accrued benefit." Finally, Plaintiff fails to state a claim that Defendants breached a fiduciary duty under ERISA, 29 U.S.C. § 1104, by simply administering the Plans according to their terms.

WHEREFORE, Defendants respectfully request that the Court grant their motion and dismiss Plaintiff's Complaint in its entirety and with prejudice.

Dated:  December 3, 2024

Respectfully submitted,

*/s/ Matthew A. Russell*
Matthew A. Russell
MORGAN, LEWIS & BOCKIUS LLP
110 N. Wacker Drive, Suite 2800
Chicago, IL  60606
312-324-1000
312-324-1001 (fax)
matthew.russell@morganlewis.com

Jeremy P. Blumenfeld
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
215-963-5258
215-963-5001 (fax)
jeremy.blumenfeld@morganlewis.com

*Counsel for Defendants American Airlines, Inc.*
*and the Employee Benefits Committee*

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on December 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Matthew A. Russell*
Matthew A. Russell
